**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6412

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RUSSELL LEE EBERSOLE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:03-cr-00112-LMB)

Submitted:  December 20, 2007        Decided:  December 26, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Russell Lee Ebersole, Appellant Pro Se.  Thomas Higgins McQuillan, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Lee Ebersole appeals the district court's order denying his motion for the preparation of a transcript at government expense. We have reviewed the record and find no reversible error. Accordingly, we deny Ebersole's motions for a certificate of appealability and for a stay and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED